**S. Mayner WALLACE, Appellant, v. Ehrhardt W. FRANZ.**

No. 9710.

Circuit Court of Appeals, Eighth Circuit.
Jan. 3, 1934.

Lon O. Hocker, of St. Louis, Mo., for appellant.

Jesse T. Friday, of St. Louis, Mo., and Allen McReynolds, of Carthage, Mo., for appellee.

PER CURIAM.

Appeal dismissed with costs, on motion of appellant.

**L. A. WALLACE, Appellant, v. UNITED STATES of America, Appellee.**

No. 6904.

Circuit Court of Appeals, Fifth Circuit.
Feb. 21, 1934.

Wm. C. Hodges, of Tallahassee, Fla., for appellant.

John W. Holland, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA § 1 et seq.). Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78 L. Ed. ——, opinion filed February 5, 1934, the judgment is reversed and annulled.

**WALSH CONSTRUCTION CO., Appellant, v. WESTERN UNION TELEGRAPH COMPANY.**

No. 9768.

Circuit Court of Appeals, Eighth Circuit.
Dec. 21, 1933.

Reuel B. Cook, Walter M. Balluff, and Edmond M. Cook, all of Davenport, Iowa, for appellant.

W. M. Chamberlin, of Davenport, Iowa, and Jesse A. Miller, Alex M. Miller, and Frederic M. Miller, all of Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, with costs to appellant, pursuant to stipulation of parties.